## 55538. EARLYWINE v. STRICKLAND.

WEBB, Judge.

An action for malicious prosecution instituted within six months from the entry of nolle prosequi of a criminal prosecution, upon which the action was predicated, is premature and dismissal was proper.

One of the five essential elements for a cause of action for malicious prosecution is "that the criminal prosecution was finally terminated legally in favor of the plaintiff." *Powell v. Cohen,* 116 Ga. App. 48, 50 (156 SE2d

495) (1967). "The prosecution must be ended before the right of action accrues." Code Ann. § 105-806.

Under Code Ann. § 27-1801, "a nolle prosequi may be entered by the solicitor with the consent of the court. In such a case a new indictment may be found within six months from the time the first indictment is quashed or the nolle prosequi entered. . . Its effect therefore is not necessarily the ending of the prosecution, but the continuance of the same. Not until the expiration of the six-months period within which a new indictment for the same offense may be preferred, or some other act or declaration which amounts to an abandonment, is the prosecution at an end." *Price v. Cobb,* 60 Ga. App. 69, 61-62 (3 SE2d 131) (1939); Code Ann. § 27-601. *Bailey v. General Apt. Co.,* 139 Ga. App. 713 (229 SE2d 493) (1976), is not to the contrary.

*Judgment affirmed. Quillian, P. J., and McMurray, J., concur.*

SUBMITTED MARCH 7, 1978 — DECIDED APRIL 6, 1978.

*David S. Marotte,* for appellant.
*Irvan A. Pearlberg,* for appellee.